UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN PARKER,

       Plaintiff,                      CIVIL ACTION NO. 06-10564

    v.                               DISTRICT JUDGE ROBERT H. CLELAND

ROBERT CASSA, MIKE ROWLEY,    MAGISTRATE JUDGE VIRGINIA M. MORGAN
KENNETH ORR, HAROLD WHITE,
and PATRICIA CARUSO,

       Defendants.
_____/

## ORDER

This prisoner civil rights matter comes before the court on the following motions filed by plaintiff: (1) Motion to Amend/Supplemental Pleading for Additional Claim & Additional Evidence, (2) Motion to Expedite Hearing on Defendants' and Plaintiff's Dispositive Motion, and (3) Motion for Reconsideration for Default Against the Defendants on the Court's Order Dated May 4, 2006. In a separate Report and Recommendation, this court recommended that plaintiff's complaint be dismissed without prejudice based upon his failure to demonstrate that he exhausted his administrative remedies prior to filing suit, as required under 42 U.S.C. § 1997e(a). Accordingly, the motions listed above are **DENIED AS MOOT**.

                                     s/Virginia M. Morgan
                                     VIRGINIA M. MORGAN
Dated:  June 5, 2006              UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN PARKER,

        Plaintiff,                 CIVIL ACTION NO. 06-10564

      v.                            DISTRICT JUDGE ROBERT H. CLELAND

ROBERT CASSA, MIKE ROWLEY,     MAGISTRATE JUDGE VIRGINIA M. MORGAN
KENNETH ORR, HAROLD WHITE,
and PATRICIA CARUSO,

        Defendants.
_____/

**PROOF OF SERVICE**

The undersigned certifies that on June 5, 2006 the foregoing order was served upon counsel of record via

the Court's ECF System and via U. S. Mail on:

Brain Parker
224176
Jackson Men's Correctional Facility
4010 Cooper Street
Jackson, MI 49201-9037

                                            s/Jennifer Hernandez
                                            Case Manager to
                                            Magistrate Judge Virginia M. Morgan